FILED: October 14, 2020

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 18-4835**
**(1:17-cr-00280-RDB-1)**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

MARLAND MAYNOR,

    Defendant - Appellant.

---

O R D E R

---

Marland Maynor has filed a petition for panel rehearing.  In light of *Rehaif v. United States*, 139 S. Ct. 2191 (2019), and our recent decision in *United States v. Medley*,  __ F.3d __, No. 18-4789, 2020 WL 5002706 (4th Cir. Aug. 21, 2020), we grant panel rehearing.  Fed. R. App. P. 40. We direct the parties to submit supplemental briefs addressing the validity of Maynor's conviction under 18 U.S.C. § 922(g)(1) in light of *Rehaif* and *Medley*, as well as a supplemental joint appendix containing the relevant portions of the trial record.

The Clerk shall establish an appropriate briefing schedule by separate order.

      For the Court

      /s/ Patricia S. Connor, Clerk